AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jackson, Jr., Stephen B. | 2. Court or Organization<br><br>United States District Court, Southern District of Iowa | 3. Date of Report<br><br>06/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>05/31/2015 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>131 E. 4th Street<br>Davenport, IA 52801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Secretary/Treasurer | Iowa Judges Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010 | Jackson & Jackson, PLC - payment for fees from former law firm |
| 2. 2010 | State of Iowa Judicial Retirement System, defined benefit pension, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | State of Iowa, District Court Judge - Salary | $124,047.00 |
| 2. 2014 | State of Iowa, District Court Judge - Salary | $127,357.00 |
| 3. 2015 | State of Iowa, District Court Judge - Salary | $16,275.78 |
| 4. 2013 | Payment for fees from former law firm (gross amount) | $970.00 |
| 5. 2014 | Payment for fees from former law firm (gross amount) | $975.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self-employed professional organizer |
| 2. 2014 | Self-employed professional organizer |
| 3. 2015 | Self-employed progressional organizer |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Mortgage on vacation/rental property,      (Part VII., Line 1) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Vacation/rental property, ▮▮▮ ▮▮▮ (2013 $217,000) | E | Rent | M | R | | | | | |
| 2.   U.S. Bank Accounts | A | Interest | K | T | | | | | |
| 3.   IRA #1 (H) | | | | | | | | | |
| 4.   - Russell Strategic Bond S | A | Dividend | | | | | | | |
| 5.   - Russell Investment Global Opportunistic S | A | Dividend | | | | | | | |
| 6.   - Russell US Strategic Equity S | A | Dividend | | | | | | | |
| 7.   - Russell US Small Cap Equity S | A | Dividend | | | | | | | |
| 8.   - Russell International Developing Markets S | A | Dividend | | | | | | | |
| 9.   - Russell Global Equity S | A | Dividend | | | | | | | |
| 10.   - Russell Investment Global Infrastructure S | A | Dividend | | | | | | | |
| 11.   - Russell Emerging Markets S | A | Dividend | | | | | | | |
| 12.   - Russell Global Real Estate S | A | Dividend | | | | | | | |
| 13.   - Russell Commodity Strategic S | A | Dividend | | | | | | | |
| 14.   - Russell Multi-Strategic S | A | Dividend | | | | | | | |
| 15.   IRA #2 (H) | | | | | | | | | |
| 16.   - Wells Fargo Cash Acct | A | Interest | | | | | | | |
| 17.   - American Balanced Fund C | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Capital World Growth & Income Fund A | A | Dividend | | | | | | | |
| 19.  - New Perspective Fund A | A | Dividend | | | | | | | |
| 20.  - Davis New York Venture Fund C | A | Dividend | | | | | | | |
| 21.  - Putnam International Equity Fund C | A | Dividend | | | | | | | |
| 22.  IRA #3 (H) | | | | | | | | | |
| 23.  - Power Shares DB Commodity Index Tracking Fund | A | Dividend | J | T | | | | | |
| 24.  - DFA Investment Grade | A | Dividend | J | T | | | | | |
| 25.  - DFA International Vector Equity | A | Dividend | J | T | | | | | |
| 26.  - DFA International Value | A | Dividend | J | T | | | | | |
| 27.  - DFA Emerging Markets Core Equity | A | Dividend | K | T | | | | | |
| 28.  - DFA Emerging Markets Value | A | Dividend | J | T | | | | | |
| 29.  - DFA Global Fixed Income | A | Dividend | J | T | | | | | |
| 30.  - DFA International Core Equity | A | Dividend | K | T | | | | | |
| 31.  - DFA Short Term Extended Quality | A | Dividend | J | T | | | | | |
| 32.  - DFA US Large Cap Growth | A | Dividend | K | T | | | | | |
| 33.  - DFA US Vector Equity | B | Dividend | K | T | | | | | |
| 34.  - DFA US Core Equity | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - DFA One-Year Fixed Income | A | Dividend | J | T | | | | | |
| 36.  - DFA Two-Year Global Fixed Income | A | Dividend | J | T | | | | | |
| 37.  - Diamond Hill Long Short | A | Dividend | J | T | | | | | |
| 38.  - Permanent Portfolio | A | Dividend | J | T | | | | | |
| 39.  - Vanguard Reit Index | A | Dividend | J | T | | | | | |
| 40.  IRA #4 (H) | | | | | | | | | |
| 41.  - Capital World Growth & Income | A | Dividend | | | | | | | |
| 42.  - Growth Fund America | A | Dividend | | | | | | | |
| 43.  - Washington Mutual | A | Dividend | | | | | | | |
| 44.  - Wells Fargo Cash Acct | A | Dividend | | | | | | | |
| 45.  IRA #5 (H) | | | | | | | | | |
| 46.  - Power Shares DB Commodity Index Tracking Fund | A | Dividend | J | T | | | | | |
| 47.  - DFA Investment Grade | A | Dividend | J | T | | | | | |
| 48.  - DFA International Vector Equity | A | Dividend | J | T | | | | | |
| 49.  - DFA International Value | A | Dividend | J | T | | | | | |
| 50.  - DFA Emerging Markets Core Equity | A | Dividend | J | T | | | | | |
| 51.  - DFA Emerging Markets Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - DFA Global Fixed Income | A | Dividend | J | T | | | | | |
| 53. - DFA International Core Equity | A | Dividend | J | T | | | | | |
| 54. - DFA Short Term Extended Quality | A | Dividend | J | T | | | | | |
| 55. - DFA US Large Cap Growth | A | Dividend | J | T | | | | | |
| 56. - DFA US Vector Equity | B | Dividend | K | T | | | | | |
| 57. - DFA US Core Equity | A | Dividend | K | T | | | | | |
| 58. - DFA One-Year Fixed Income | A | Dividend | J | T | | | | | |
| 59. - DFA Two-Year Global Fixed Income | A | Dividend | J | T | | | | | |
| 60. - Diamond Hill Long Short | A | Dividend | J | T | | | | | |
| 61. - Permanent Portfolio | A | Dividend | J | T | | | | | |
| 62. - Vanguard Reit Index | A | Dividend | J | T | | | | | |
| 63. IRA #6 (H) | | | | | | | | | |
| 64. - Wells Fargo Cash Acct | A | Interest | | | | | | | |
| 65. - Russell Lifepoints Fund Growth Strategy | A | Dividend | | | | | | | |
| 66. IRA #7 (H) | | | | | | | | | |
| 67. - Discover Bank Cash Acct | A | Interest | J | T | | | | | |
| 68. - Russell Lifepoints Fund Growth Strategy | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TIAA CREF 457(b)(H) | | | | | | | | | |
| 70. - TIAA CREF Lifecycle 2030 | A | Dividend | J | T | | | | | |
| 71. TIAA CREF 401(a)(H) | | | | | | | | | |
| 72. - TIAA CREF S&P 500 Index | A | Dividend | J | T | | | | | |
| 73. 529 Plan #1 (H) | | | | | | | | | |
| 74. - BlackRock Mod 13-16 Age Based Option | A | Dividend | J | T | | | | | |
| 75. - BlackRock Aggressive Growth | A | Dividend | J | T | | | | | |
| 76. 529 Plan #2 (H) | | | | | | | | | |
| 77. - Amcap Fund | A | Dividend | J | T | | | | | |
| 78. - American Balanced Fund | A | Dividend | J | T | | | | | |
| 79. - American High Income Trust | A | Dividend | J | T | | | | | |
| 80. - Capital Income Builder | A | Dividend | J | T | | | | | |
| 81. - Capital World Growth and Income | A | Dividend | J | T | | | | | |
| 82. - Fundamental Investor | A | Dividend | J | T | | | | | |
| 83. - Growth Fund of America | A | Dividend | J | T | | | | | |
| 84. 529 Plan #3 (H) | | | | | | | | | |
| 85. - Ohio Tuition Trust Fifth Third Cash Account | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust #1 (H) (Beneficiary) | | | | | | | | | |
| 87. - American Funds Money Market A | | None | J | T | | | | | |
| 88. - American Funds Bond Fund of America A | A | Dividend | J | T | | | | | |
| 89. - American Funds Capital World Bond Fund A | A | Dividend | J | T | | | | | |
| 90. Lincoln Universal Life Insurance | B | Interest | K | T | | | | | |
| 91. Transamerica Universal Life Insurance | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jackson, Jr., Stephen B. | 06/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts:     DFA is abbreviation for Dimensional Fund Advisors.

Section VII. Investments and Trusts.    This Second Amended Report is amended only to correct the reporting period dates; to delete assets previously listed that were not required to be listed; to correct the income and value code for the assets listed on lines 88 and 89, and to include the assets listed on lines 90 and 91.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Stephen B. Jackson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544